UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :       Hon. Joseph A. Greenaway, Jr.
                                       Crim. No. 07-1032 (JAG)
              v.               :
                                       CONTINUANCE ORDER
ANTHONY LINDSAY,               :
and
ADONIJAH LINDSAY               :


       This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by R. Joseph Gribko, Assistant U.S. Attorney), and Marc Leibman, Esq., appearing for Anthony Lindsay, and William Strazza, Esq., appearing for Adonijah Lindsay for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that he has the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time

to finalize plea agreements, which would render trial of this matter unnecessary;

2. Defendants have consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this 30th day of April, 2008,

IT IS ORDERED that defense motions shall be filed by June 24, 2008, the government's reply shall by filed by July 15, 2008, the argument of the motions is scheduled for July 29, 2008, and the trial is scheduled for August 19, 2008; and

IT IS FURTHER ORDERED that the period from June 10, 2008 through August 19, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. JOSEPH A. GREENAWAY, JR.
United States District Judge

CONSENTED TO BY THE GOVERNMENT:

_____    Date: 4/24/08
R. Joseph Gribko, A.U.S.A.

CONSENTED TO ON BEHALF OF ANTHONY LINDSAY:

_____    Date: 4-24-08
Marc Leibman, Esq.

CONSENTED TO ON BEHALF OF ADONIJAH LINDSAY:

_____    Date: 4-25-08
William Strazza, Esq.