UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon. Joseph A. Greenaway, Jr.
                                         Crim. No. 07-1032 (JAG)
            v.                  :
                                         <u>CONTINUANCE ORDER</u>
ANTHONY LINDSAY,                :
and
ADONIJAH LINDSAY                :

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by R. Joseph Gribko, Assistant U.S. Attorney), and Marc Leibman, Esq., appearing for Anthony Lindsay, and William Strazza, Esq., appearing for Adonijah Lindsay for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that he has the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time

to finalize plea agreements, which would render trial of this matter unnecessary;

    2.   Defendants have consented to the aforementioned continuance;

    3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

    WHEREFORE, on this \_\_6th\_\_ day of October, 2008,

    IT IS ORDERED that pretrial motions shall be filed by November 18, 2008; the opposition to any motions is due December 9, 2008; hearing on any motions will be on December 23, 2008; and the trial is scheduled for January 13, 2009; and

    IT IS FURTHER ORDERED that the period from September 29, 2008, through January 13, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

                                                 HON. JOSEPH A. GREENAWAY, JR.
                                                 United States District Judge