UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Crim. No. 07-1032 (JAG) |
| ANTHONY LINDSAY and ADONIJAH LINDSAY | : | <u>SCHEDULING ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Rodney Villazor, Assistant U.S. Attorney), and Marc Leibman, Esq., appearing for Anthony Lindsay, and Robert Olejar, Esq., appearing for Adonijah Lindsay for an order amending the Scheduling Order,

IT IS HEREBY ORDERED THAT:

Defendants' motions shall be filed by January 15, 2010; Government's response, January 29, 2010; the hearing on any motion will be on February 8, 2010; and the trial is scheduled for February 16, 2010; and

IT IS FURTHER ORDERED that from the date this Order is entered, to and including January 15, 2010, in computing time under the Speedy Trial Act of 1974, is excludable pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge
12/21/09

CONSENTED TO BY THE GOVERNMENT:

_____      Date:_____
Rodney C. Villazor, A.U.S.A.

CONSENTED TO ON BEHALF OF ANTHONY LINDSAY:

_____      Date:_____
Marc Leibman, Esq.

CONSENTED TO ON BEHALF OF ADONIJAH LINDSAY:

_____      Date:_____
Robert Olejar, Esq.